```
            IN THE UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF ARKANSAS
                       EASTERN DIVISION
```

JOHN WILLIAM DICKINSON                                    PETITIONER

vs.            Civil Case No. 2:08CV00132 HLJ

T. C. OUTLAW, Warden,
FCI, Forrest City, Arkansas                               RESPONDENT

### ORDER

Petitioner's motion to stay pending disposition of <u>Gatewood v. Outlaw</u>, CA 08-2197, by the Eighth Circuit Court of Appeals (DE #13) is hereby granted.  THE CLERK IS DIRECTED to close this case administratively.

SO ORDERED this 21st day of November, 2008.

*Henry L. Jones, Jr.*
United States Magistrate Judge