IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOHN WILLIAM DICKINSON                                             PETITIONER

vs.                               Civil Case No. 2:08cv00132 HLJ

T.C. OUTLAW, Warden,
FCI, Forrest City, Arkansas                                        RESPONDENT

## ORDER

Petitioner's motion to reopen case and lift stay (DE # 15) is hereby granted. The Clerk is directed to reopen this case administratively.

SO ORDERED this 17th day of June, 2009.

_____
United States Magistrate Judge